UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTIN LOPEZ,

                Plaintiff,

    -v-

DQPCHACHA FURNITURE INC., CHRISTIAN CHACHA,

                Defendants.
-------------------------------------------------------------------X

24-cv-1478 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendant's counsel has moved to withdraw as attorney. Dkt. No. 21. Defendant DQPChacha Furniture, Inc. is advised that it is not legally permitted to litigate the case pro se, and that withdrawal of counsel may result in a default judgment entered against it. *See S.E.C. v. Research Automation Corp*, 521 F.2d 585, 589 (2d Cir. 1975).

The parties are ordered to appear for a hearing on the motion to withdraw on Friday, November 1, at 11:00 a.m. The hearing will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse. A representative of defendant DQPChacha Furniture, Inc. is directed to attend the hearing.

SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024