

October 28, 2024

**VIA ECF**

Honorable Judge Lewis Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The request for an adjournment is GRANTED. The conference is adjourned to November 7, 2024, at 12:00 p.m, in-person in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> Date: 10/29/24
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**Re: <u>Lopez v. DQPChacha Furniture Inc. et al.</u>**
         Case No. 24-cv-01478-LJL

Dear Judge Liman:

     I presently represent the Defendants in the above action. This letter responds to the Order of this Court received moments ago regarding my application to withdraw as counsel for the Defendants.

     Your Honor directed Plaintiff's counsel and I to appear Friday, November 1, 2024, at 11:00 AM. At 11:00 AM. However, I have a prior commitment to serve as a Referee in the Queens Supreme Court in the Matter of <u>Deutsche Bank National Trust Co. et al v Shani Tait; Marina Hirakis; et al</u>. Index No.: 705181/2017, which was scheduled months in advance.

     Additionally, at 12:30 PM, I was scheduled a few months ago to conduct a mediation in the case of <u>Chung v Richmond Hill Live Poultry Market</u> before the Mediator Barry J. Peek, Esq.

     Furthermore, I will need additional time to reach out to the Defendant and inform him of his obligation to appear before the Court. Given the circumstances, I respectfully request this Court adjourn the appearance on this matter to any of the following dates: November 7,8,12,13 or 14, 2024.

     I thank the Court for your attention to this matter.

                                           Respectfully Submitted,

                                           __/s/Stephen D. Hans__
                                           Stephen D. Hans (SH-0798)
                                           30-30 Northern Boulevard, Suite 401
                                           Long Island City, NY 11101
                                           Tel: 718-275-6700