# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

October 30, 2024

**BY ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request for an adjournment is GRANTED.  The conference is adjourned to November 14, 2024, at 10:00 a.m., in-person in Courtroom 15C at the 500 Pearl Street Courthouse.  The request for waiver of plaintiff's attendance is DENIED.

SO ORDERED.

Date: 10/30/24

LEWIS J. LIMAN
United States District Judge

> **Re:**   ***Lopez v. DQPChacha Furniture Inc., et al.***
> <u>***Case No. 24-CV-1478 (LJL) (JLC)***</u>

Dear Judge Liman,

We are counsel to the plaintiff in the above-referenced matter.  A conference related to defense counsel's motion to withdraw is scheduled for November 7, 2024, at 12:00 p.m.  Please accept this letter as plaintiff's request that our attendance at the conference be waived.  In the event that the Court requires our presence, please accept this letter as our request for a short adjournment due to a scheduling conflict.  The parties have conferred, and are available on November 14, 18-21, and December 3-5.

We thank the Court for considering this application.

Respectfully submitted,

<u>/s/ Justin Cilenti</u>
Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)