# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

February 18, 2025

**BY ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The motion for an extension of time to submit the settlement agreement to March 10, 2025, is GRANTED. The *Cheeks* hearing currently scheduled for February 27, 2025, is rescheduled to March 20, 2025, at 3:00 p.m. The parties are directed to dial 646-453-4442 and enter the conference ID 3586394442 followed by the pound (#) key. The parties are reminded that Plaintiff is requested to appear at the hearing, if necessary, with an interpreter.
>
> Date: 2/19/2025
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

      Re:    *Lopez v. DQPChacha Furniture Inc., et al.*
             Case No. 24-CV-1478 (LJL) (JLC)

Dear Judge Liman,

      We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. Pursuant to the Court's Order, the parties are to submit their settlement agreement for review and approval by February 20, 2025. However, because the parties remain in the process of finalizing the necessary documents, please accept this letter as the parties' joint request for an extension of time to file their settlement papers until on or before March 10, 2025.

      No prior request for similar relief has been made.

                                    Respectfully submitted,

                                    */s/ Justin Cilenti*
                                    Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)